# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

| | |
|---|---|
| OLGA V. BAUER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **JUDGMENT** |
| | ) No. 7:14-CV-160-FL |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the defendant's motion to remand.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 30, 2015, that defendant's motion to remand is granted and the Commissioner's decision is reversed under sentence four of 42 U.S.C. § 405(g). This matter is remanded to the Commissioner for further proceedings.

**This Judgment Filed and Entered on January 30, 2015, and Copies To:**

Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Lisa M. Rayo (via CM/ECF Notice of Electronic Filing)

January 30, 2015                    JULIE RICHARDS JOHNSTON, CLERK
                                     /s/ Christa N. Baker
                                    (By) Christa N. Baker, Deputy Clerk